UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 14, 2024, SESSION



UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:24-cr-00078
       18 U.S.C. § 1708

BRICE ALLEN POMEROY

## I N D I C T M E N T

The Grand Jury Charges:

On or about May 11, 2023, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant BRICE ALLEN POMEROY, while employed for a United States Postal Service vendor, did knowingly steal, take, and abstract from an authorized depository for mail matter, that is mail containers processed for air transport at the Charleston Processing and Distribution Center, letters, postal cards, packages, and mail, and defendant BRICE ALLEN POMEROY removed articles and things contained therein.

In violation of Title 18, United States Code, Section 1708.

# FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461, and Rule 32.2 of the Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. § 1708, defendant BRICE ALLEN POMEROY, shall forfeit to the United States of America all property, real or personal, which constitutes or is derived from proceeds traceable to such property. The property to be forfeited includes, but is not limited to, a sum of money equal to $2,051.21 for which sum the United States will seek the entry of a judgment.

If any of the property described above, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
> b. has been transferred or sold to, or deposited with, a third party;
> c. has been placed beyond the jurisdiction of the court;
> d. has been substantially diminished in value; or
> e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

```
            WILLIAM S. THOMPSON
            United States Attorney


By:         _____
            JONATHAN T. STORAGE
            Assistant United States Attorney
```